Case 9:23-po-05003-KLD   Document 5   Filed 11/04/24   Page 1 of 1


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS BROWN,<br><br>Defendant. | 9:23-po-5003-M-KLD<br><br>Violation: 9437204<br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 4th day of November, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1